# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

DIONA GILDON,

              V.                      **JUDGMENT IN A CIVIL CASE**

MICHAEL J. ASTRUE

                      CASE NUMBER:    **08-CV-1564 H (NLS)**

[ ]    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]    **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the Court grants Defendant's motion to dismiss Plaintiff's complaint with prejudice.............
........................................................................................................................................

| December 21, 2009 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | S/ T. Lee |
| | (By) Deputy Clerk |
| | ENTERED ON December 21, 2009 |

**08-CV-1564 H (NLS)**